UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cv-20155-COOKE/TURNOFF

UNITED STATES OF AMERICA,
*ex. rel.* TARONDA WADE, Relator,

      Plaintiffs,

vs.

DBS INVESTMENTS, LLC and
JOHN P. JOSEPH,

      Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable William C. Turnoff, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A), for a Report and Recommendation (ECF No. 64) on the Relator's Verified Motion for Attorney's Fees and Reimbursement of Litigation Expenses (ECF No. 63). Judge Turnoff issued a Report and Recommendation (ECF No. 66) recommending that the Relator's Verified Motion for Attorney's Fees and Reimbursement of Litigation Expenses be granted, and that the Government/Relator be awarded $10,470 in attorney's fees and $152.35 in costs, for a total award in the amount of $10,622.35. The Defendants have not filed objections to the Report and Recommendation, and the time to do so has passed. After reviewing the matter *de novo*, I find Judge Turnoff's Report clear, cogent, and compelling.

Accordingly, Judge Turnoff's Report and Recommendation (ECF No. 66) is **AFFIRMED and ADOPTED**. The Relator's Verified Motion for Attorney's Fees and Reimbursement of Litigation Expenses (ECF No. 63) is **GRANTED**, as follows:

Government/Relator is awarded a total amount of $10,622.35, which consists of $10,470 in attorney's fees and $152.35 in costs.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 31st day of January 2013.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*