**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-cv-20155-COOKE/TURNOFF**

UNITED STATES OF AMERICA,
*ex. rel.* TARONDA WADE, Relator,

        Plaintiffs,

vs.

DBS INVESTMENTS, LLC, and
JOHN P. JOSEPH,

        Defendants.

_____/

**<u>FINAL JUDGMENT</u>**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and this Court's Order Granting Plaintiff's Motion for Summary Judgment (ECF No. 61), it is hereby **ORDERED and ADJUDGED** that final judgment is entered in this matter in favor of the Plaintiffs and against Defendants.

It is further **ORDERED and ADJUDGED** that the United States of America shall recover from Defendants DBS Investments, LLC and John P. Joseph the sum of $35,194.00 in damages and penalties under the False Claims Act, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961, along with costs, and shall be enforceable as prescribed by Rule 69(a) of the Federal Rules of Civil Procedure, for which let execution issue.

It is further **ORDERED and ADJUDGED** that Taronda Wade shall recover from Defendants DBS Investments, LLC and John P. Joseph the total sum of $15,020.35, which consists of $4,398.00 in damages, $10,470.00 in attorney's fees and $152.35 in costs, plus post-judgment interest at the rate prescribed by 28 U.S.C. § 1961, and shall be enforceable as

prescribed by Rule 69(a) of the Federal Rules of Civil Procedure, for which let execution issue.

**DONE and ORDERED** in chambers, at Miami, Florida, this 27th day of February 2013.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*